# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| DEANGELO LAMONT MITCHELL, | ) | |
| Petitioner-Appellant, | ) | 2:06-cv-066-RCJ-LRL |
| vs. | ) | USCA No. 09-16890 |
| DWIGHT NEVEN, | ) | |
| Respondent-Appellee. | ) | **ORDER** |

Pursuant to the order of the United States Court of Appeals for the Ninth Circuit in the above referenced cases (#68) granting Petitioner-Appellant's motion for appointment of counsel and ordering that counsel be appointed;

IT IS HEREBY ORDERED that Mario D. Valencia (1055 Whitney Ranch Drive, #220, Henderson, NV 89014, phone number 702-940-2222) is hereby appointed as counsel under the Criminal Justice Act to represent Petitioner-Appellant Deangelo Lamont Mitchell.

IT IS FURTHER ORDERED, pursuant to the order of the United States Court of Appeals, the Clerk of Court is directed to notify the Clerk of the Ninth Circuit Court of Appeals of this appointment at counselappointments@ca9.uscourts.gov.

DATED this 13th day of July, 2011.

Nunc Pro Tunc: July 8, 2011.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE